

Opinions of the United
States Court of Appeals
for the Third Circuit

5-1-2013

# Lindsworth Brown-Sessay v. Attorney General United States

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-3598

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Lindsworth Brown-Sessay v. Attorney General United States" (2013). *2013 Decisions*. Paper 886.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/886

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3598
_____

LINDSWORTH SESSAY,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent

_____

On Petition for Review of an Order of the
Board of Immigration Appeals
(Agency No. A076-576-183)
Immigration Judge: Honorable Leo A. Finston
_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  SCIRICA, JORDAN and GREENBERG *Circuit Judges*

The petitions for panel rehearing in the above-entitled case having been submitted to the judges who participated in the decision of this Court, and the members of the panel having voted for rehearing, the petitions for rehearing are GRANTED.  The opinion and judgment entered March 27, 2013 are hereby vacated.  A subsequent opinion will be issued.

BY THE COURT,


/s/ Anthony J. Scirica
*Circuit Judge*

DATED:     May 1, 2013
SLC/cc:     Lindsworth Brown-Sessay
          Lindsay M. Murphy
          Nicole Prairie